UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 22-mj-07259 |
| BARONE JACKSON, a/k/a "Baron Jackson," | ORDER |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that Defendant's arraignment will be conducted on February 14, 2023, at 4:00 PM in Courtroom 12B, 500 Pearl Street, New York, NY, 10007.

    SO ORDERED.

Dated: February 13, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge