UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>BARONE JACKSON,<br><br>                    Defendant. | 23 Cr. 00089<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Upon review of submissions by the parties yesterday (ECF Nos. 20 and 22), as well as authorities bearing on the points raised therein, the Court is hereby adjourning the sentencing proceeding in this matter to **June 27, 2023** at **10:30 a.m.**

By **June 7, 2023**, the parties shall each file a letter addressing the impact, if any, of recent authorities on the following: (1) U.S.S.G. § 4B1.2's definition of "crime of violence," and its corresponding commentary defining crimes of violence to "include . . . **attempt[s]** to commit such offenses"; and (2) the offense level for a felon-in-possession offense under 18 U.S.C. § 922(g)(1), where the underlying felony offense is attempted robbery.  *See* U.S.S.G. § 2K2.1. The parties' letters shall include any relevant authorities.

By **June 12, 2023**, each party may submit a letter responding to the other party's letter.

SO ORDERED.

Dated: June 1, 2023
       New York, New York

                                                              _____
                                                              JENNIFER H. REARDEN
                                                              United States District Judge